```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION


SHIRLEY PRICE                                          PLAINTIFF

VS.                            CIVIL ACTION NO. 4:04CV123TSL-JMR

LOCKHEED MARTIN CORPORATION
AND LOCKHEED MARTIN AERONAUTICAL
SYSTEMS COMPANY                                       DEFENDANTS
```

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 17th day of April, 2007.

                                          /s/ Tom S. Lee
                                          UNITED STATES DISTRICT JUDGE